IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE CLIFF, #142970, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:20-CV-571-WKW |
| | ) [WO] |
| KAY IVEY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record, it is ORDERED as follows:

(1)  The Recommendation (Doc. # 7) is ADOPTED;

(2)  The motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED; and

(3)  This action is DISMISSED without prejudice for Plaintiff's failure to pay the full filing and administrative fees upon initiation of this case.

Final judgment will be entered separately.

DONE this 6th day of October, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE